*Application granted. In addition, Defendant shall provide to Pre-Trial a complete itinerary and contact telephone numbers.*

*So Ordered.*

*s/ RRM*

*9/26/2011*

# GEORGE A. FARKAS
ATTORNEY AND COUNSELLOR AT LAW

32 Court Street, Suite 408 - Brooklyn, N.Y. 11201
718. 625-2500
FAX: 718. 625-6837

*Via ECF*

September 26, 2011

Hon. Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   U.S. v. Kovalienko, et. al
               CR 11-0106

Dear Judge Mauskopf:

    I write to respectfully request that my client Valentina Kovalienko be permitted to travel to Florida on October 13, 2011 and to return to New York on October 16, 2011.

    If permission is granted by the Court she will reside at 2030 South Ocean Drive, Hollywood, Florida, and provide a complete itinerary as well as contact telephone numbers to Pre-Trial services.

    The Government takes no position on this request. Pretrial services consents to this application.

Respectfully submitted,

GEORGE A. FARKAS

GAF:kjh

cc:    Pre-Trial Officer Robert Long (via Fax: 718-613-2488)
        AUSA Sarah Hall (via e-mail: sarah.hall@usdoj.gov)